# U.S. District Court
# District of Kansas (Wichita)
# CIVIL DOCKET FOR CASE #: 6:07-cv-01248-MLB-KMH

Barsamian v. Davol Inc et al
Assigned to: District Judge Monti L Belot
Referred to: Magistrate Judge Karen M. Humphreys
Demand: $75,000
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 08/22/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Harry Barsamian** represented by **Deborah B. McIlhenny**
Hutton & Hutton
8100 E. 22nd St., North-Bldg. 1200
P. O. Box 638
Wichita, KS 67201-638
316-688-1166
Fax: 316-686-1077
Email: debs.mcilhenny@huttonlaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc** represented by **Todd N. Tedesco**
Foulston Siefkin LLP- Wichita
1551 N Waterfront Parkway - Ste. 100
Wichita, KS 67206-4466
316-291-9776
Fax: 866-347-5138
Email: ttedesco@foulston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C. R. Bard Inc.** represented by **Todd N. Tedesco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/22/2007 | 1 | COMPLAINT (Summons Issued) with trial location of Wichita, filed by Harry Barsamian. (alm) (Entered: 08/23/2007) |
| 08/22/2007 | | FILING FEE PAID: in the amount of $350.00, receipt number |

| | | |
|---|---|---|
| | | W4631001669. (alm) (Entered: 08/23/2007) |
| 08/23/2007 | | Summons Issued as to Davol Inc and C. R. Bard Inc. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (alm) (Entered: 08/23/2007) |
| 09/04/2007 | 2 | RETURN OF SERVICE of C.R. Bard, Inc. filed by Plaintiff Harry Barsamian (McIlhenny, Deborah) (Entered: 09/04/2007) |
| 09/04/2007 | 3 | RETURN OF SERVICE of Davol, Inc. filed by Plaintiff Harry Barsamian (McIlhenny, Deborah) (Entered: 09/04/2007) |
| 09/19/2007 | 4 | CLERK'S ORDER extending time until October 3, 2007 for Defendants Davol Inc and C. R. Bard Inc. to answer or otherwise plead. Signed by deputy clerk on 9/19/07.(alm) (Entered: 09/20/2007) |



| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/24/2007 10:13:36 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:07-cv-01248-MLB-KMH |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |