IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND (Providence)

| | |
|---|---|
| IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION | R.I. Case No. 1:07-cv-01911-ML-LDA |
| This document relates to:<br><br>*Barsamian* Case No. CA 07-1911<br><br>Plaintiff, | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned counsel, Melanie H. Muhlstock, hereby appears on behalf of the Plaintiff in the above referenced action.

Respectfully submitted,

By: ______________________

Jerrold S. Parker
Andres F. Alonso
Melanie H. Muhlstock
**PARKER WAICHMAN ALONSO, LLP**
111 Great Neck Road, 1st Floor
Great Neck, New York 11021-5402
Telephone: (516) 466-6500

*Attorneys for Plaintiff*

November 15, 2007

**CERTIFICATION**

I hereby certify that on this 26 day of November, 2007, that a true copy of the within Notice of Appearance has been filed electronically and that it is available for viewing and downloading from the ECF system. I also certify that a true copy of this document was also mailed or electronically mailed to all counsel of record.

/s/ Donald A. Migliori
Donald A. Migliori
RI Bar#4937
Motley Rice LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940
Telephone: 401-457-7700
Fax: 401-457-7708