IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND (Providence)

| | |
|---|---|
| HARRY BARSAMIAN,<br><br>Plaintiff,<br><br>v.<br><br>DAVOL, INC. and C.R. BARD, INC.<br><br>Defendants. | **R.I. Case No. 1:07-cv-01911-ML-LDA**<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL** |

PLEASE TAKE NOTICE that the undersigned counsel, attorney Deborah B. McIlhenny and the law firm of Hutton & Hutton Law Firm, LLC, hereby withdraw their appearances as counsel of record for the Plaintiff in the above-captioned action.

PLEASE TAKE NOTICE that PARKER WAICHMAN ALONSO, LLP will remain and continue to serve as counsel for the Plaintiff in the above captioned action.

Respectfully submitted,

Hutton & Hutton Law Firm, LLC

By: [signature]

Deborah B. McIlhenny, KS #18721
8100 East 22nd Street
North Building 1200
P.O. Box 638
Wichita, KS 67201

November 26, 2007

**CERTIFICATION**

I hereby certify that on this 4th day of December 2007, that a true copy of the within Notice of Withdrawal of Appearance of Counsel has been filed electronically and that it is available for viewing and downloading from the ECF system. I also certify that a true copy of this document was also sent via electronic mail or first class mail to:

**Deborah B. McIlhenny**
Hutton & Hutton
8100 E. 22nd St.
North-Bldg. 1200
P.O. Box 638
Wichita, KS 67201-638

**Todd N. Tedesco**
Foulston Siefkin LLP
1551 N Waterfront Parkway, Suite 100
Wichita, KS 67206-4466

/s/ Donald A. Migliori

Donald A. Migliori
RI Bar#4936
Motley Rice LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940
Telephone: 401-457-7700
Fax: 401-457-7708